Case 4:16-cv-00347-SWW Document 1 Filed 06/13/16 Page 1 of 5

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 13 2016

JAMES W. McCORMACK, CLERK
By:_____
                      DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

CHRISTOPHER BRIDGES and
REBECCA BRIDGES                                                               PLAINTIFFS

v.                          No. 4:16-cv347-SWW

THE UNITED STATES OF AMERICA                                                  DEFENDANT

This case assigned to District Judge __Wright__
and to Magistrate Judge __Harris__

COMPLAINT

Comes Plaintiffs, Christopher Bridges and Rebecca Bridges, by their attorneys, the Brad Hendricks Law Firm, for their Complaint, states:

1. Plaintiffs bring this cause of action under the provisions of Title 28, United States Code Section 2671 and amendments thereto, commonly known as the Federal Tort Claims Act. Plaintiffs reside at 115 Valley Club Circle, Little Rock, Arkansas 72212. The incident which gives rise to this action occurred at the Huron Street Post Office in Little Rock, Arkansas. Jurisdiction and venue are based on 28 U.S.C. Section 1402.

2. On July 17, 2015, Plaintiffs mailed formal claims to the United States Postal Service as required under the Federal Tort Claims Act. The claim was received on July 20, 2015. On March 18, 2016, Plaintiffs received a formal denial of the claim. Consequently, pursuant to 28 U.S.C. Section 2675, Christopher Bridges and Rebecca Bridges are entitled to file this lawsuit.

3. Christopher Bridges and Rebecca Bridges are husband and wife.

Page 1 of 5

4. This lawsuit concerns the failure of the United States Postal Service to remove ice from the sidewalk outside a post office on Huron Street in Little Rock, Arkansas.

5. On Wednesday, January, 2014, Christopher Bridges went to work at The University of Arkansas Medical Sciences Campus. January 8, 2014 was a cold day with the high that day of 33°F. There was light sleet and wintry mix midmorning that turned to rain midday. At approximately 3:00 p.m., the weather started getting worse with a wintry mix of rain and sleet. Warnings were given on network television and on radio to leave early in order to be safe, and not drive on icy roads. Christopher Bridges stayed at his office until 4:45 p.m. When he left his office, he drove his four-wheel-drive pickup to the post office on Huron Street in Little Rock, Arkansas, to retrieve mail from his post office box. At about 5:25 p.m., he arrived at the post office. There were others in the parking lot when he arrived. It was lightly sleeting at the time. Mr. Bridges was the first of four people to step onto the sidewalk. His first step on the sidewalk resulted in his left foot slipping on black ice plummeting him to the concrete. The fall resulted in a broken left leg in two places with ankle displacement. At the time that Mr. Bridges fell, there was no salt or other ice control substance or warning signs of slippery sidewalks in front of the post office.

6. Only after Mr. Bridges slipped on black ice and broke his leg did the post office began spreading salt and placing warning signs.

7. Agents and employees of the United States of America working at the United States Postal Service in Little Rock, Arkansas, were negligent in the following respects:

a) failing to maintain the sidewalks outside the Huron Street post office in a safe condition;

b) failing to give special attention to the sidewalks outside the Huron Street post office despite clear warnings that a wintry mix would be accumulating on the sidewalks;

c) failing to take reasonable steps to prevent refreezing of precipitation, which is known to form black ice;

d) failing to monitor weather information, which clearly indicated that there was a potential for accumulation of ice on the sidewalk;

e) failing to post warning signs on the sidewalk which was a high hazard area for accumulation of ice; and,

f) otherwise failing to use reasonable care to ensure safe ingress and egress from the post office.

8. Christopher Bridges' leg was broken in two places, which required surgery with ten (10) screws, which are permanently installed. Mr. Bridges' ankle was dislocated, and his deltoid tendon was torn. He could not weight bear on his left leg for four months, and had constant pain and discomfort for six months. He still has pain in his leg. For six months, Mr. Bridges was essentially homebound. Despite physical therapy, he still has pain around the plate in his leg on a daily basis. Prior to this incident he was very active. To date, however, he cannot run, play tennis, play basketball, bicycle, or do the things he did prior to this injury. Mr. Bridges' ankle is stiff every day, and will only flex about 80% of what his right ankle can flex.

9. Before this injury, Mr. Bridges exercised on a road bicycle and CrossFit trained four days a week. During his recovery, he gained significant weight and developed high blood pressure and high cholesterol because of his weight gain and stress from the injury. Mr. Bridges' work was significantly affected. He was forced to work from home part time until he could work

full-time. He worked from home for five months. Working from home had severe limitations and impact on the quality of his work. Mr. Bridges is a project manager, which requires him to manage people throughout the day.

10. During his recovery, Mr. Bridges suffered from depression because he was confined to his home with limited mobility and having to rely on others to help him perform his activities of daily living. The stress and pain of his injury caused stress in his family, particularly with his wife. Mr. Bridges has two active children who require a lot of his attention. Prior to the injury, Mr. Bridges and Mrs. Bridges shared the responsibility of driving the children to various activities. Mrs. Bridges had to take over all of the supervision and activities involving their children. Prior to this incident, Mr. Bridges did the grocery shopping and cooked all meals. Mrs. Bridges had to assume this responsibility also. The Bridges' intimate life was nonexistent or minimal for many months following this injury.

11. Mr. Bridges lives in fear that this injury will affect his later years. At the time of the incident, he was 48 years old. He is concerned that as he ages he will have increased difficulty with motion, stiffness, muscle deterioration and arthritis in his ankle and leg. He lives in daily fear that this injury will consistently impact the quality of life as he gets older.

12. Plaintiff, Christopher Bridges, claims the following damages due to the negligence of the United States of America:

  (a) Past and the future medical expenses;

  (b) Past and future pain and suffering and mental anguish;

  (c) Permanent injury

(d) Loss of income; and,

(e) Scarring and disfigurement.

13. Plaintiff, Rebecca Bridges, seeks damages for loss of consortium of her husband.

WHEREFORE, Plaintiffs pray for judgment against the Defendant in an amount adequate to compensate for the damages sustained, which damages exceed the federal jurisdictional limits in diversity of citizenship cases. Plaintiffs further ask for costs, and other relief to which they may be entitled.

Respectfully submitted,

**THE BRAD HENDRICKS LAW FIRM**
500 C Pleasant Valley Dr.
Little Rock, AR 72227
(501) 221-0444
(501) 219-0608 (fax)

BY: _____
GEORGE R. WISE, JR., ABN 78171