IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHRISTOPHER BRIDGES and     *
REBECCA BRIDGES,     *
    *
       Plaintiffs,     *
vs.     *     No. 4:16-cv-00347-SWW
    *
    *
THE UNITED STATES OF AMERICA,*
    *
    *
       Defendant.     *

## JUDGMENT

Consistent with the Opinion and Order that was entered this day, it is

Considered, Ordered, and Adjudged that this action is hereby dismissed.

IT IS SO ORDERED this 15th day of August, 2017.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE